Michael S. Agruss
SBN: 259567
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave.,
Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
MARIA REBECCA JARDIN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MARIA REBECCA JARDIN,<br><br>   Plaintiff,<br><br> v.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>   Defendant. | **Case No.:** 2:17-cv-00051-GW-SK |

**NOTICE OF SETTLEMENT**

Plaintiff, MARIA REBECCA JARDIN, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff requests that all upcoming deadlines in this matter be vacated. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

**[INTENTIONALLY LEFT BLANK]**

1

RESPECTFULLY SUBMITTED,

DATED: February 23, 2017          AGRUSS LAW FIRM, LLC


By: /s/  Michael S. Agruss
    Michael S. Agruss
    Attorney for Plaintiff
    MARIA REBECCA JARDIN

**CERTIFICATE OF SERVICE**

On February 23, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Christine Neuharth, at CNeuharth@ReedSmith.com.

By: /s/ Michael S. Agruss
Michael S. Agruss