# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

MARIA REBECCA JARDIN,

    Plaintiff,

    v.

NATIONSTAR MORTGAGE, LLC,

    Defendant.

**Case No.: CV 17-51-GW(SKx)**

## ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE

On March 23, 2017, Plaintiff, MARIA REBECCA JARDIN, filed a Stipulation to Dismiss with Prejudice. For good cause shown, this case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: March 27, 2017

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE